# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ANDREW S. MILLER, : <br> : <br> Plaintiff, : <br> : Civil No. 1:12-cv-01004 (RBK/JS) <br> v. : <br> : **ORDER** <br> DENNIS BUTLER, : <br> : <br> Defendant. : | |

**THIS MATTER** having come before the Court on the motion of Defendant Dennis Butler ("Defendant") for summary judgment, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.


Dated: 01/15/2014                                        /s/ Robert B. Kugler
                                                                ROBERT B. KUGLER
                                                                United States District Judge