NOT FOR PUBLICATION                                                                                      (Doc. No. 46)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

ANDREW S. MILLER,

        Plaintiff,

        v.                              Civil No. 1:12-cv-01004 (RBK/JS)

DENNIS BUTLER,                     **ORDER**

        Defendant.

**THIS MATTER** having come before the Court on the motion of Plaintiff Andrew S. Miller ("Plaintiff") for partial summary judgment, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**. Judgment is hereby entered for Plaintiff against Dennis Butler in the amount of $103,394.37.

**IT IS HEREBY FURTHER ORDERED** that the parties appear in Courtroom 4D for a status conference on March 14, 2014, at 10:00 A.M., at which time a trial date will be set.

Dated: 2/14/2014                                                          /s/ Robert B. Kugler
                                                                         ROBERT B. KUGLER
                                                                         United States District Judge